**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **CBA Property Management LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-4913707** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2118 Plum Grove Rd., #319** **Rolling Meadows, IL 60008** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **CBA Property Management LLC**                                    Case number (*if known*) _____
_____ Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor    **CBA Property Management LLC**                                    Case number (*if known*) _____
          Name

**10.** **Are any bankruptcy cases**        ☐ No
        **pending or being filed by a**     ■ Yes.
        **business partner or an**
        **affiliate of the debtor?**

List all cases. If more than 1,         Debtor    **See Attachment**                    Relationship  _____
attach a separate list                  District  _____  When _____  Case number, if known  _____

**11.** **Why is the case filed in**     *Check all that apply:*
        ***this district?***
                                         ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                             preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                         ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or**       ■ No
        **have possession of any**       ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
        **real property or personal**
        **property that needs**
        **immediate attention?**         **Why does the property need immediate attention?** (*Check all that apply.*)

                                         ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

                                             What is the hazard? _____

                                         ☐ It needs to be physically secured or protected from the weather.

                                         ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                           livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                         ☐ Other _____

                                         **Where is the property?** _____
                                                                   Number, Street, City, State & ZIP Code

                                         **Is the property insured?**

                                         ☐ No

                                         ☐ Yes.    Insurance agency  _____
                                                   Contact name     _____
                                                   Phone            _____

■ **Statistical and administrative information**

**13.** **Debtor's estimation of**  .    *Check one:*
        **available funds**
                                         ☐ Funds will be available for distribution to unsecured creditors.

                                         ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of**          ■ 1-49              ☐ 1,000-5,000        ☐ 25,001-50,000
        **creditors**                    ☐ 50-99             ☐ 5001-10,000        ☐ 50,001-100,000
                                         ☐ 100-199           ☐ 10,001-25,000      ☐ More than100,000
                                         ☐ 200-999

**15.** **Estimated Assets**             ☐ $0 - $50,000               ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                         ☐ $50,001 - $100,000         ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                         ☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                         ■ $500,001 - $1 million      ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16.** **Estimated liabilities**        ☐ $0 - $50,000               ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

Debtor    **CBA Property Management LLC**
Name _____    Case number (*if known*) _____

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **CBA Property Management LLC**                                    Case number (*if known*) _____
_____
Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 24, 2023**
MM / DD / YYYY

X **/s/ Ryan Foley**                                    **Ryan Foley**
Signature of authorized representative of debtor          Printed name

Title    **Manager**

**18. Signature of attorney**

X **/s/ Timothy M. Hughes**                    Date **January 24, 2023**
Signature of attorney for debtor                          MM / DD / YYYY

**Timothy M. Hughes 6208982**
Printed name

**Lavelle Law, Ltd.**
Firm name

**1933 N. Meacham Road**
**Suite 600**
**Schaumburg, IL 60173**
Number, Street, City, State & ZIP Code

Contact phone   **847.705-9698**         Email address   **thughes@lavellelaw.com**

**6208982 IL**
Bar number and State

Debtor    **CBA Property Management LLC**              Case number (*if known*) _____
        Name

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS
_____

Case number (*if known*) _____    Chapter    **7**

☐ Check if this an
   amended filing

## FORM 201. VOLUNTARY PETITION

### <u>Pending Bankruptcy Cases Attachment</u>

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Debtor | **Ryan Foley & Amy Foley** | | Relationship to you | | **Owner, Director, Officer** |
| District | **Northern District of Illinois --<br>Eastern Division** | When | **1/24/22** | Case number, if known | **23-** |
| Debtor | **SPI Restoration & Construction, Inc.** | | Relationship to you | | **Owner, Director, Officer** |
| District | **Northern District of Illinois --<br>Eastern Division** | When | **1/24/23** | Case number, if known | **23-** |

**Fill in this information to identify the case:**

Debtor name  **CBA Property Management LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 24, 2023**        X **/s/ Ryan Foley**
                                            Signature of individual signing on behalf of debtor

                                            **Ryan Foley**
                                            Printed name

                                            **Manager**
                                            Position or relationship to debtor

Official Form 202              **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name     **CBA Property Management LLC**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF ILLINOIS

Case number (if known)     _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..............................................................................     $     **800,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................................     $     **2,000.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................     $     **802,000.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................     $     **1,746,885.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................     $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................     +$     **2,383,921.45**

4.   **Total liabilities** .........................................................................................
Lines 2 + 3a + 3b     $     **4,130,806.45**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **CBA Property Management LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | Current value of debtor's interest |
|---|---|---|
| 2. **Cash on hand** | | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **BMO Harris Bank 1634 Cermak** | **Checking** | | **$0.00** |
| 3.2. | **BMO Harris Bank 2109 18th** | **Checking** | | **$0.00** |
| 3.3. | **BMO Harris Bank 2242 W 18th** | **Checking** | | **$0.00** |
| 3.4. | **BMO Harris Bank 2336 24th Pl** | **Checking** | | **$0.00** |
| 3.5. | **BMO Harris Bank 2440 24th** | **Checking** | | **$0.00** |
| 3.6. | **BMO Harris Bank 2448 Oakley** | **Checking** | | **$0.00** |

Debtor  **CBA Property Management LLC**                                    Case number *(If known)* _____
        Name

| 3.7. | **BMO Harris Bank 2610 w 24th** | **Checking** | | $0.00 |
|---|---|---|---|---|

| 3.8. | **BMO Harris Bank** | **Money Market** | | $0.00 |
|---|---|---|---|---|

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          | $0.00 |

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No.  Go to Part 6.
   ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies**  Misc. tools | | $0.00 | | $1,500.00 |

23.    **Total of Part 5.**                                                                        | $1,500.00 |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No

| Debtor | **CBA Property Management LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.


**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** <br> Office furniture | **$0.00** | | **$250.00** |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** <br> Computer & related equipment | **$0.00** | | **$250.00** |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.          **$500.00**

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:  Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

**Part 9:  Real property**

Debtor    **CBA Property Management LLC**                                    Case number *(If known)* _____
       Name

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **2448-2450 S. Oakley, Chicago, IL PIN: 17-30-119-039-0000** | **Fee simple** | **$0.00** | | **$800,000.00** |

56.    **Total of Part 9.**                                                                 | **$800,000.00** |

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

    ■ No

    ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** **Business license** | **$0.00** | | **$0.00** |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**                                                                 | **$0.00** |

    Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

Debtor    **CBA Property Management LLC**                                Case number *(If known)* _____
              Name

☐ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ☐ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **CBA Property Management LLC**                          Case number *(if known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................................> | | $800,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,000.00 | + 91b. $800,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $802,000.00 |

**Fill in this information to identify the case:**

Debtor name    **CBA Property Management LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

---

**2.1    Crystal Lake Bank**
Creditor's Name

**9801 W Higgins RD., STE 400**
**Des Plaines, IL 60018**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Fargo Group, LLC**
**2. Lori Custom Homes, LLC**
**3. Crystal Lake Bank**

Describe debtor's property that is subject to a lien
**2448-2450 S. Oakley, Chicago, IL**
**PIN: 17-30-119-039-0000**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$791,949.00**    Column B: **$800,000.00**

---

**2.2    Fargo Group, LLC**
Creditor's Name

**4400 S. Wentworth**
**Chicago, IL 60609**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**cago**

Describe debtor's property that is subject to a lien
**2448-2450 S. Oakley, Chicago, IL**
**PIN: 17-30-119-039-0000**

Describe the lien
**Mechanic's Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Column A: **$187,436.00**    Column B: **$800,000.00**

---

Debtor    **CBA Property Management LLC**                                    Case number (if known) _____
          _____
          Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.3 | **Lori Custom Homes, LLC** | Describe debtor's property that is subject to a lien | $767,500.00 | $800,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2448-2450 S. Oakley, Chicago, IL** PIN: **17-30-119-039-0000** | | |

**724 Elm St**
**Glen Ellyn, IL 60137**

Creditor's mailing address

Describe the lien
_____

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3456**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,746,885.00 |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Alex Munoz** **724 Elm St** **Glen Ellyn, IL 60137** | Line  **2.3** | **3456** |
| **CTM Legal Group, LLC** **77 W. Washington St., Ste 2120** **Chicago, IL 60602** | Line  **2.3** | **3456** |
| **Jeffrey K. Gutman** **Gutman & Assoc** **4018 N. Lincoln Ave.** **Chicago, IL 60618** | Line  **2.2** | |

**Fill in this information to identify the case:**

Debtor name **CBA Property Management LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | **$0.00** | **$0.00** |

| 2.1 | Priority creditor's name and mailing address<br>**Illinois Department of Revenue**<br>**P.O. Box 19035**<br>**Springfield, IL 62794-9035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number **NOTICE ONLY** | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | |

| 2.2 | Priority creditor's name and mailing address<br>**Illinois Dept of Employment Securit**<br>**P.O. Box 3637**<br>**Springfield, IL 62708-3637** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **NOTICE ONLY** | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

| Debtor | **CBA Property Management LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency**
**Ooperations**
**P.O.Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **NOTICE ONLY**

Is the claim subject to offset?

■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ryan Foley**
**1072 Skylark Court**
**Palatine, IL 60067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and salary o the extent of $10,000 for
each individual earned within 180 days before
the date of the filing of the petition**

Last 4 digits of account number

Is the claim subject to offset?

■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ Yes

---

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | $15,980.00 |

**AMPS Corp**
**1546 N Ridge Ave**
**Arlington Heights, IL 60004**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Contract dispute**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | $50,000.00 |
|---|---|---|

**Bert Shilmon**
**4573 Jenna Rd**
**Glenview, IL 60025**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | Unknown |
|---|---|---|

**BMO Harris Bank**
**111 W Monroe Floor 21E**
**Chicago, IL 60603**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Over draft**

Last 4 digits of account number **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **CBA Property Management LLC** | | Case number *(if known)* | |
| | Name | | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,400.00 |
|---|---|---|---|
| | **Cris Gansari**<br>**5822 N Kenneth Ave**<br>**Chicago, IL 60646** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Loan__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,676.30 |
|---|---|---|---|
| | **Crystal Lake Bank**<br>**9801 W Higgins Rd, Suite 400**<br>**Rosemont, IL 60018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Loan__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|
| | **Dan Mar**<br>**6703 N. Cicero Ave.**<br>**Lincolnwood, IL 60712** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Loan__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180,000.00 |
|---|---|---|---|
| | **Dan McGrew**<br>**852 Elston Ave, #4**<br>**Chicago, IL 60642** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Loan__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200,000.00 |
|---|---|---|---|
| | **Eric & Lori Williams**<br>**1N431 Peachtree Ln.**<br>**Winfield, IL 60190** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Contract dispute__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105,000.00 |
|---|---|---|---|
| | **Eric Phillips**<br>**1313 W. Randolph Street, APt #311**<br>**Chicago, IL 60607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Loan__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,000.00 |
|---|---|---|---|
| | **Fargo Group**<br>**P.O. Box 1697**<br>**Winterville, NC 28590** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Loan__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **CBA Property Management LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$275,000.00** |

**Joe McBride**
**1655 Clover Dr.**
**Inverness, IL 60067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

**John and Lorrie Currie**
**1535 Banbury Rd.**
**Inverness, IL 60067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |

**Keith and Joan Foley**
**2147 Lake Shore Circle.**
**Arlington Heights, IL 60004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$253,007.00** |

**Lawrence Dunning**
**1629 Prairie Ave., 1001**
**Chicago, IL 60616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,382.00** |

**MLF Properties**
**7126 N. Lincoln Ave**
**Lincolnwood, IL 60712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Contract dispute**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$632,476.15** |

**Ryan and Amy Foley**
**1072 Skylark Court**
**Palatine, IL 60067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |

**Steve Davis**
**3702 Wren ln.**
**Rolling Meadows, IL 60008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | CBA Property Management LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225,000.00 |
|---|---|---|---|

Theodore Oates
6328 N. Keating Ave.
Chicago, IL 60646

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125,000.00 |
|---|---|---|---|

Vince & Kelly Trupiano
1021 Douglas Ave.
Naperville, IL 60540

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Cole Sadkin, LLC<br>1652 W Belmont Ave., Ste 1<br>Chicago, IL 60657 | Line 3.14<br>☐ Not listed. Explain ____ | 2210 |
| 4.2 | The CTM Legal Group<br>77 West Washington St., Ste 2120<br>Chicago, IL 60602 | Line 3.8<br>☐ Not listed. Explain ____ | 9505 |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,383,921.45 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,383,921.45 |

| Fill in this information to identify the case: |
|---|

Debtor name   **CBA Property Management LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                       12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Purchase Contract dated 1/22/2023 for $800,000.00** | |
| State the term remaining | | **2448Oak LLC c/o MO DADKHATI 7126 N. LINCOLN AVE. Lincolnwood, IL 60712** |
| List the contract number of any government contract | | |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | **Investment Purchase and Sale Contract for property at 2448-2450 S. Oakley Ave. Chicago, Il for $890,000.00 to close on 12/30/2022** | |
| State the term remaining | | **Revir Capital LLC 1141  W. Randolph, 3rd Floor Chicago, IL 60607** |
| List the contract number of any government contract | | |

| Fill in this information to identify the case: |
|---|
| Debtor name **CBA Property Management LLC** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Crystal Lake Bank & Trust Co., N.A.** | | **Fargo Group, LLC** | ■ D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Lori Custom Homes LLC** | | **Fargo Group, LLC** | ■ D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      **CBA Property Management LLC**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

    | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
    | --- | --- | --- |
    | **From the beginning of the fiscal year to filing date:** From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
    | **For prior year:** From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$890,000.00** |
    | **For year before that:** From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$1,530,000.00** |
    | **For the fiscal year:** From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$751,300.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
    | --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor   **CBA Property Management LLC** _____ Case number *(if known)* _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **NAME** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Ryan Foley** | | $0.00 | |
| 4.2.   **Amy Foley** | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **LORI CUSTOM HOMES, LLC**<br>        **v**<br>**CBA PROPERTY**<br>**MANAGEMENT, LLC**<br>**2021-CH-03456** | **Breach of Contract** | **Circuit Court of Cook County, IL**<br>**55 W. Washington**<br>**Chicago, IL 60601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **CBA Property Management LLC**                                        Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Lori Williams et al<br>v.<br>CBA Property Management,<br>LLC and Ryan Foley<br>22 L 09505** | **Breach of<br>Contract** | **Circuit Court of Cook<br>County, IL<br>55 W. Washington<br>Chicago, IL 60601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Lawrence Dunning<br>v<br>CBA Property Management<br>LLC<br>22 CH 12210** | **Breach of<br>Contract** | **Circuit Court of Cook<br>County, IL<br>55 W. Washington<br>Chicago, IL 60601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **CBA Property Management LLC**                                Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Lavelle Law, Ltd.**<br>**1933 N. Meacham Rd**<br>**Suite 600**<br>**Schaumburg, IL 60173** | | **1/2023** | **$3,500.00** |

Email or website address
**thughes@lavellelaw.com**

Who made the payment, if not debtor?
**Daniel & Jacquelyn Foley**

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

Debtor   **CBA Property Management LLC**                                   Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☑ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☑ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ☑ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor   **CBA Property Management LLC**                                    Case number *(if known)* _____

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Tighe, Kress & Orr, P.C.**<br>**2001 Larkin Ave., Suite 202**<br>**Elgin, IL 60123** | **2019-2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Debtor | **CBA Property Management LLC** | Case number *(if known)* |
|---|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Ryan and Amy Foley**<br>**1072 Skylark Ct.**<br>**Palatine, IL 60067** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ryan  Foley** | **1072 Skylark Ct.**<br>**Palatine, IL 60067** | **Owner, Director, Officer** | **80%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Amy Foley** | **1072 Skylark Court**<br>**Palatine, IL 60067** | | **20%** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1<br>· **Ryan Foley**<br>**1072 Skylark Ct**<br>**Palatine, IL 60067** | | | |
| **Relationship to debtor**<br>**Owner, Director, Officer** | | | |

Debtor    **CBA Property Management LLC**                              Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2 . | **Amy Foley**<br>**1072 Skylark Court**<br>**Palatine, IL 60067** | | | |
| | **Relationship to debtor**<br>**20% owner** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 24, 2023**
_____

**/s/ Ryan Foley**                                    **Ryan Foley**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Manager**
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **CBA Property Management LLC** _____   Case No. _____
Debtor(s)         Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____ $ _____ **3,500.00**

    Prior to the filing of this statement I have received _____ $ _____ **3,500.00**

    Balance Due _____ $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ☐ Debtor     ☑ Other (specify):     **Daniel & Jacquelyn Foley**

3.  The source of compensation to be paid to me is:

    ☑ Debtor     ☐ Other (specify):

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Exemption planning; preparation and filing of reaffirmation agreements and applications as needed.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Negotiations with secured creditors to reduce to market value; representation of the debtors in any
    dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding and
    preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**January 24, 2023** _____          **/s/ Timothy M. Hughes**
*Date*                                                  **Timothy M. Hughes 6208982**
                                                        *Signature of Attorney*
                                                        **Lavelle Law, Ltd.**
                                                        **1933 N. Meacham Road**
                                                        **Suite 600**
                                                        **Schaumburg, IL 60173**
                                                        **847.705-9698  Fax: 847.705-9960**
                                                        **thughes@lavellelaw.com**
                                                        *Name of law firm*

# United States Bankruptcy Court
## Northern District of Illinois

In re  **CBA Property Management LLC**

Debtor(s)

Case No.

Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  **35**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **January 24, 2023**

**/s/ Ryan Foley**
**Ryan Foley**/Manager
Signer/Title

2448Oak LLC
c/o MO DADKHATI
7126 N. LINCOLN AVE.
Lincolnwood, IL 60712


Alex Munoz
724 Elm St
Glen Ellyn, IL 60137


AMPS Corp
1546 N Ridge Ave
Arlington Heights, IL 60004


Bert Shilmon
4573 Jenna Rd
Glenview, IL 60025


BMO Harris Bank
111 W Monroe Floor 21E
Chicago, IL 60603


Cole Sadkin, LLC
1652 W Belmont Ave., Ste 1
Chicago, IL 60657


Cris Gansari
5822 N Kenneth Ave
Chicago, IL 60646


Crystal Lake Bank
9801 W Higgins RD., STE 400
Des Plaines, IL 60018


Crystal Lake Bank
9801 W Higgins Rd, Suite 400
Rosemont, IL 60018


Crystal Lake Bank & Trust Co., N.A.


CTM Legal Group, LLC
77 W. Washington St., Ste 2120
Chicago, IL 60602

Dan Mar
6703 N. Cicero Ave.
Lincolnwood, IL 60712


Dan McGrew
852 Elston Ave, #4
Chicago, IL 60642


Eric & Lori Williams
1N431 Peachtree Ln.
Winfield, IL 60190


Eric Phillips
1313 W. Randolph Street, APt #311
Chicago, IL 60607


Fargo Group
P.O. Box 1697
Winterville, NC 28590


Fargo Group, LLC
4400 S. Wentworth
Chicago, IL 60609


Illinois Department of Revenue
P.O. Box 19035
Springfield, IL 62794-9035


Illinois Dept of Employment Securit
P.O. Box 3637
Springfield, IL 62708-3637


Internal Revenue Service
Centralized Insolvency Ooperations
P.O.Box 7346
Philadelphia, PA 19101-7346


Jeffrey K. Gutman
Gutman & Assoc
4018 N. Lincoln Ave.
Chicago, IL 60618


Joe McBride
1655 Clover Dr.
Inverness, IL 60067

John and Lorrie Currie
1535 Banbury Rd.
Inverness, IL 60067


Keith and Joan Foley
2147 Lake Shore Circle.
Arlington Heights, IL 60004


Lawrence Dunning
1629 Prairie Ave., 1001
Chicago, IL 60616


Lori Custom Homes LLC


Lori Custom Homes, LLC
724 Elm St
Glen Ellyn, IL 60137


MLF Properties
7126 N. Lincoln Ave
Lincolnwood, IL 60712


Revir Capital LLC
1141 W. Randolph, 3rd Floor
Chicago, IL 60607


Ryan and Amy Foley
1072 Skylark Court
Palatine, IL 60067


Ryan Foley
1072 Skylark Court
Palatine, IL 60067


Steve Davis
3702 Wren ln.
Rolling Meadows, IL 60008


The CTM Legal Group
77 West Washington St., Ste 2120
Chicago, IL 60602

Theodore Oates
6328 N. Keating Ave.
Chicago, IL 60646


Vince & Kelly Trupiano
1021 Douglas Ave.
Naperville, IL 60540

# United States Bankruptcy Court
## Northern District of Illinois

In re __CBA Property Management LLC__

Debtor(s)

Case No. _____

Chapter __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __CBA Property Management LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Amy Foley
1072 Skylark Court
Palatine, IL 60067**

**Ryan Foley
1072 Skylark CT
Palatine, IL 60067**

☐ None [*Check if applicable*]

__January 24, 2023__

Date

__/s/ Timothy M. Hughes__

**Timothy M. Hughes 6208982**

Signature of Attorney or Litigant

Counsel for __CBA Property Management LLC__

**Lavelle Law, Ltd.**
**1933 N. Meacham Road**
**Suite 600**
**Schaumburg, IL 60173**
**847.705-9698 Fax:847.705-9960**
**thughes@lavellelaw.com**